**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern District of Georgia

Case number (*If known*): _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Meno Enterprises, LLC |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 76-0798273 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 135 Wes Walker Memorial Dr | 804 Beavers Road |
| Number   Street | Number   Street |
| | P.O. Box |
| Ball Ground       GA    30107 | Canton       GA    30115 |
| City       State   ZIP Code | City       State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Cherokee County | |
| County | Number   Street |
| | |
| | City       State   ZIP Code |

5. **Debtor's website** (URL)   www.menoenterprises.com

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 1

Debtor   Meno Enterprises, LLC _____   Case number (*if known*)_____
         Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .<br>3231 |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check **all** that apply*:<br>   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☐ A plan is being filed with this petition.<br>   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____ When ____/____/____ Case number _____<br>        District _____ When ____/____/____ Case number _____ |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes.  Debtor _____ Relationship _____<br>        District _____ When ____/____/____<br>        Case number, if known _____ |

Debtor  Meno Enterprises, LLC  Case number (*if known*)_____
        Name

### 11. Why is the case filed in *this district*?

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

### 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number    Street

_____

_____
City                                    State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and administrative information

### 13. Debtor's estimation of available funds

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

### 14. Estimated number of creditors

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

### 15. Estimated assets

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor __Meno Enterprises, LLC_____   Case number (if known)_____
      Name

| 16. | **Estimated liabilities** | ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/07/2024
               MM / DD / YYYY

✘ /s/ Charles D. Smith                              Charles D. Smith
Signature of authorized representative of debtor    Printed name

Title  President

**18. Signature of attorney**

✘ /s/ Will Geer                                     Date  05/07/2024
Signature of attorney for debtor                          MM / DD / YYYY

Will Geer
Printed name

Rountree, Leitman, Klein & Geer, LLC
Firm name

2987 Clairmont Road Suite 350
Number    Street

Atlanta                                             GA            30329
City                                                State         ZIP Code

404-584-1238                                        wgeer@rlkglaw.com
Contact phone                                       Email address

940493                                              GA
Bar number                                          State

Fill in this information to identify the case:

Debtor name: Meno Enterprises, LLC

United States Bankruptcy Court for the: Northern District of Georgia

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Fisher Textiles Inc.<br>PO Box 307<br>139 Business Park Drive<br>Indian Trail, NC, 28079-0307 | | Suppliers or Vendors | | | | 73,332.82 |
| 2 | Vista Logics<br>PO Box 1690<br>Flowery Branch, GA, 30542 | | Suppliers or Vendors | | | | 38,033.20 |
| 3 | WS Displays<br>PO Box 733289<br>Dallas, TX, 75373-3289 | | Services | | | | 36,168.34 |
| 4 | New South Sewing and Manufacturing<br>88891 Highway 9<br>PO Box 40<br>Lineville, AL, 36266 | | Suppliers or Vendors | | | | 22,459.04 |
| 5 | Media One<br>11752 Markon Drive<br>Garden Grove, CA, 92841 | | Suppliers or Vendors | | | | 16,528.71 |
| 6 | Stitch America, Inc.<br>110 Cross Street<br>Bremen, GA, 30110 | | Suppliers or Vendors | | | | 15,099.50 |
| 7 | Professional Plastics<br>PO Box 392209<br>Pittsburgh, PA, 15251 | | Suppliers or Vendors | | | | 13,828.96 |
| 8 | Brite Frame Fabricators<br>1 Sawgrass Drive<br>Bellport, NY, 11713 | | Suppliers or Vendors | | | | 10,603.62 |

Debtor: Meno Enterprises, LLC

Case number (if known): _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Southern Textiles and Laminating<br>PO Box 700<br>Comer, GA, 30629 | | Suppliers or Vendors | | | | 9,297.11 |
| 10 | Stein Fibers, Ltd<br>PO Box 714522<br>Cincinnati, OH, 45271 | | Suppliers or Vendors | | | | 6,208.39 |
| 11 | HP Inc.<br>13207 Collection Center Drive<br>Chicago, IL, 60693-3207 | | Suppliers or Vendors | | | | 5,221.00 |
| 12 | My Fabric Dealer, LLC<br>18307 Domino Street<br>Reseda, CA, 91335 | | Suppliers or Vendors | | | | 5,107.32 |
| 13 | Smith & Howard<br>Suite 1600<br>271 17th Street NW<br>Atlanta, GA, 30363 | | Services | | | | 5,025.00 |
| 14 | Master Fabrics<br>PO Box 1546<br>Champlain, NY, 12919 | | Suppliers or Vendors | | | | 4,930.50 |
| 15 | Mac Papers, LLC<br>PO Box 745747<br>Atlanta, GA, 303745747 | | Suppliers or Vendors | | | | 4,568.97 |
| 16 | HI Tech / Semper<br>Division of Cellmark, Inc.<br>Dept. CH 16425<br>Palatine, IL, 600556425 | | Suppliers or Vendors | | | | 4,181.32 |
| 17 | Epson America, Inc.<br>PO Box 7247<br>Philadelphia, PA, 19170-2109 | | Suppliers or Vendors | | | | 4,127.57 |
| 18 | FedEx Freight<br>Dept CH<br>PO Box 10306<br>Palatine, IL, 60055-0306 | | Suppliers or Vendors | | | | 4,098.17 |
| 19 | Aberdenn Fabrics, Inc.<br>11564 US Hwy 15-501<br>Aberdeen, NC, 28315 | | Suppliers or Vendors | | | | 3,737.96 |
| 20 | Top Value Fabrics<br>PO Box 7410384<br>Chicago, IL, 606740384 | | Suppliers or Vendors | | | | 3,545.40 |

Official Form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims      page 2

**Fill in this information to identify the case and this filing:**

Debtor Name: Meno Enterprises, LLC

United States Bankruptcy Court for the: Northern District of Georgia

Case number (*If known*): _____

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ❏ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ❏ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ❏ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ❏ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ❏ *Schedule H: Codebtors* (Official Form 206H)
- ❏ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ❏ Amended *Schedule* ____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ❏ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/07/2024
MM / DD / YYYY

✘ /s/ Charles D. Smith
Signature of individual signing on behalf of debtor

Charles D. Smith
Printed name

President
Position or relationship to debtor

Official Form 202    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

1st Bank of the Lake
4558 Osage Beach Pkwy
Osage Beach, MS 65065

1st Bank of the Lake
4558 Osage Beach Pkwy
Osage Beach, MS 65065

AA Mills 2016, LLC
1150 Everee Inn Rd
Griffin, GA 30224

Aberdenn Fabrics, Inc.
11564 US Hwy 15-501
Aberdeen, NC 28315

Ally Financial, Inc.
CT Corporation
1201 Peachtree St., NE
Atlanta, GA 30361-0000

Balboa Capital Corporation(325093-000)
575 Anton Blvd
12th Floor
Costa Mesa, CA 92626

BIZCAPITAL BIDCO I, L.L.C
909 Poydras Street
Suite 2230
New Orleans, LA 70112

BO-BUCK Mills, Inc.
PO Box 692
Chesterfield, SC 29709

Brite Frame Fabricators
1 Sawgrass Drive
Bellport, NY 11713

Catalyst Marianna
3595 Industrial Park Drive
Marianna, FL 32446

Cherokee County Water & Sewer
PO Box 5000
Canton, GA 30114-5000

Colex Finishing, Inc.
57 Bushes Lane
Elmwood Park, NJ 07407

Core Group Electrical
2160 Oakland Industrial Court
Ste. 204
Lawrenceville, GA 30044

CT Nassau Tape LLC
PO Box 39
Alamance, NC 27201-0039

Deutsche Leasing(0011944 )
190 S. LaSalle St
Suite 2150
Chicago, IL 60603

Encore Fabrics
1 Dupont St., Ste. 206
Plainview, NY 11803

Epson America, Inc.
PO Box 7247
Philadelphia, PA 19170-2109

FedEx Freight
Dept CH
PO Box 10306
Palatine, IL 60055-0306

Fisher Textiles Inc.
PO Box 307
139 Business Park Drive
Indian Trail, NC 28079-0307

Georgia Department of Labor
148 Andrew Young Inter. Blvd
Room 738
Atlanta, GA 30303-0000

Georgia Department of Revenue
Compliance Division, ARCS - Bankruptcy
1800 Century Blvd NE, Suite 9100
Atlanta, GA 30345

Global Textile Services
PO Box 188
Dalton, GA 30722

Hanmi Bank
3660 Wilshire Blvd
Los Angeles, CA 90010

HI Tech / Semper
Division of Cellmark, Inc.
Dept. CH 16425
Palatine, IL 600556425

HP Inc.
13207 Collection Center Drive
Chicago, IL 60693-3207

Internal Revenue Service
CIO
P.O. Box 7346
Philadelphia, PA 19101-7346

IOU Financial LOAN ID: 297338
600 TownPark Lane
Suite 100
Kennesaw, GA 30144

LG Funding
1218 Union St
Brooklyn, NY 11225

Mac Papers, LLC
PO Box 745747
Atlanta, GA 303745747

Master Fabrics
PO Box 1546
Champlain, NY 12919

Media One
11752 Markon Drive
Garden Grove, CA 92841

Mmp Capital/ Apex Commerical #202301-58782
19 Engineers Lane
Farmingdale, NY 11735

MMP Financial(Wintrust Specialty)
19 Engineers Lane
Farmingdale, NY 11735

My Fabric Dealer, LLC
18307 Domino Street
Reseda, CA 91335

New South Sewing and Manufacturing
88891 Highway 9
PO Box 40
Lineville, AL 36266

North Metro Waste and Hauling, Inc.
Dept R
149 River Mill Drdive
Ball Ground, GA 30107

OXCO, Inc.
547-H Kings Ridge Drive
Fort Mill, SC 29708

Pawnee Leasing
3801 Automation Way
Suite 207
Fort Collins, CO 80525

Professional Plastics
PO Box 392209
Pittsburgh, PA 15251

Small Business Administration ( SBA )
2 North Street
Ste 320
Birmingham, AL 35203

Smith & Howard
Suite 1600
271 17th Street NW
Atlanta, GA 30363

Southern Textiles and Laminating
PO Box 700
Comer, GA 30629

Spradling International, Inc.
PO Box 1668
Pelham, AL 35124

Stein Fibers, Ltd
PO Box 714522
Cincinnati, OH 45271

Stitch America, Inc.
110 Cross Street
Bremen, GA 30110

Supply One Douglasville
PO Box 74007651
Chicago, IL 606747651

Tech Finance Co. LLC( 2106-006 )
7077 E. Marilyn Rd.
Bldg. 3 / Suite 125
Scottsdale, AR 85254


Top Value Fabrics
PO Box 7410384
Chicago, IL 606740384


Value Textiles, Inc.
5804 Washington Pike
Knoxville, TN 37918


Vista Logics
PO Box 1690
Flowery Branch, GA 30542


WS Displays
PO Box 733289
Dallas, TX 75373-3289

United States Bankruptcy Court

Northern District of Georgia

In re: Meno Enterprises, LLC

Case No.

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    05/07/2024

/s/ Charles D. Smith

Signature of Individual signing on behalf of debtor

President

Position or relationship to debtor